

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-25-00530-CV

John **MAYO**,
Appellant

v.

**H-E-B, LP**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2022-CV-01385
Honorable Cesar Garcia, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE MEZA

In accordance with this court's opinion of this date, appellant's motion to dismiss is **GRANTED** and this appeal is **DISMISSED**. Appellate costs are taxed against appellant.

SIGNED January 14, 2026.

_____
Velia J. Meza, Justice